NUMBER 13-05-336-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

CITY OF SAN JUAN, TEXAS,                                     Appellant,

 

                                           v.

 

JOANNA
CASTILLO,                                                 Appellee.

___________________________________________________________________

 

                On appeal from County
Court at Law No. 1 

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before Justices
Hinojosa, Yañez, and Rodriguez

Memorandum
Opinion Per Curiam

 








Appellant, CITY
OF SAN JUAN, TEXAS, perfected an appeal from a judgment entered by County Court at Law No. 1 of Hidalgo County, Texas,
in cause number CL-04-1528-A. 
After the record and appellant=s brief were filed,
appellant filed an unopposed  motion to
dismiss the appeal.  In the motion,
appellant states that the parties have reached a settlement of all issues in
the underlying lawsuit.  Appellant
requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of
the opinion that the motion should be granted. 
Appellant=s unopposed motion to
dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 21st day of September, 2005.